UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

CAMERON DAVON WRIGHT,

        Petitioner,                    Case No. 1:23-cv-472

v.                                           Honorable Ray Kent

JAMES SCHIEBNER,

        Respondent.
_____/

## ORDER TO STAY

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to stay these proceedings and hold them in abeyance (ECF No. 2) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Petitioner shall have until July 6, 2023, to either: (1) file a motion for relief from judgment in the Kent County Circuit Court setting forth any unexhausted claims that he intends to pursue in his habeas petition; or (2) file a motion to lift the stay indicating that he intends to proceed with the petition as filed.

**IT IS FURTHER ORDERED** that Petitioner's action is hereby stayed and held in abeyance until Petitioner either (1) files a motion to amend his petition to include any subsequently exhausted claims—such motion must be filed not later than 30 days after a final decision by the Michigan Supreme Court on Petitioner's unexhausted claims and shall include a description of the newly exhausted claims and the dates and substance of decision at each step of state-court review; or (2) files a motion to lift the stay, on or before July 6, 2023, indicating that he intends to proceed with the petition as filed.

2

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with the deadlines imposed in this order, the Court may dismiss the petition.

**IT IS FURTHER ORDERED** that this case shall be administratively closed until such time as Petitioner files a motion to amend his petition or a motion to lift stay in accordance with the procedures set forth in this order.

Dated:   May 30, 2023                              /s/ Ray Kent
                                                                             Ray Kent
                                                                             United States Magistrate Judge